**JS-6**

1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  ELIAS VAZQUEZ.,                      CV 22-3056 PA (Ex)

12              Plaintiff,              JUDGMENT

13       v.

14  AMAZON.COM SERVICES, LLC;
    AMAZON.COM, INC.; GARREN
15  FITNESS, LLC,

16              Defendants.

17

18

19

20       Pursuant to the Court's May 25, 2022 Minute Order dismissing this action for lack of

21  subject matter jurisdiction, failure to prosecute, and failure to comply with the Court's order,

22       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is

23  dismissed without prejudice.

24

25  DATED:  May 25, 2022                  _____
                                                    Percy Anderson
26                                          UNITED STATES DISTRICT JUDGE

27

28